Date: 01/21/11

# DIVIDENDS REMITTED TO THE COURT
Check Number 2011 Dated 01/21/11
Case Number 08-36900 - ESTEBAN, CYNTHIA SUE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Palisades Collections, LLC | 000005 | 150.91 | 2.49 |
| Vativ Recovery Solutions LLC | | | |
| As Agent For Palisades Collections | | | |
| PO Box 19249 | | | |
| Sugar Land TX 77496 | | | |
| 2840 | | | |
| Remittance Total | | 150.91 | 2.49 |

MICHAEL J. IANNACONE, Trustee



COURT1

Printed: 01/21/11 11:12 AM   Ver: 16.01c